■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANUARY M. DELANEY, Appellant. (Appeal No. 2.) [887 NYS2d 924]—Appeal from a judgment of the Chautauqua County Court (John T. Ward, J.), rendered April 9, 2007. The judgment convicted defendant, upon her plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.